# IIN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DAVID S. MEABROD** | **Case No.: 4:21-MJ-00100-CDL-MSH-1** |

## ORDER ON MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE

Defendant, David S. Meabrod, has moved the Court to continue the pre-trial conference and trial of this case to the Court's September 2022 jury trial term. The pretrial conference is presently scheduled for January 13, 2022. The Government does not oppose this motion. Defendant was arraigned on December 15, 2021, and is currently released on bond. Counsel for Defendant states that defendant is currently in the hospital and undersigned counsel is under covid related quarantine. Undersigned counsel needs additional time to discuss with defendant and the government a possible resolution to this case. The Court finds that it is in the interests of justice to allow the parties to complete plea discussion and investigation and that this interest outweighs the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 15] is **GRANTED**, and it is hereby ordered that this case shall be continued to the September 2022 trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161.

It is SO ORDERED, this 12th day of January, 2022.

S/ Clay D. Land
HONORABLE CLAY D. LAND