IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 4:21-MJ-100 |
| DAVID S. MEABROD | : |
| Defendant | : |

## ORDER TO DISMISS

Before the Court is the United States unopposed motion to dismiss the above-styled Information as to Defendant David S. Meabrod pursuant to Federal Rule of Criminal Procedure 48(a). After careful consideration, the Court finds it is in the interest of justice to grant the United States' request.

Accordingly, the Court **GRANTS** the United States' Motion to Dismiss Information, and hereby ORDERS that the pending Information against Defendant David S. Meabrod be DISMISSED without prejudice.

**SO ORDERED**, this **3rd** day of **February, 2022**.

S/Clay D. Land
**CLAY D. LAND, JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**